IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MYRTLE ANN BALLARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04cv697-FWO |
| | ) | |
| THE KRYSTAL CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER ON MOTION**

Upon consideration of defendants' motion to compel (Doc # 13), filed July 19, 2005, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Plaintiffs shall make themselves available for deposition on or before August 2, 2005.

DONE, this 20th day of July, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE